DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

|  |  |  |
|---|---|---|
| IMO INVESTMENT S.E., ET AL., | ) | |
| *Plaintiff(s)* | ) | Civil Action No. 16-3150(SEC) |
| v. | ) | |
| UNITED STATES OF AMERICA, ET AL,. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Carmen M. Marquez Marin
U.S. Attorney's Office
Dep't of Justice/NDDS
Torres Chardon, Room 1201
350 Carlos Chardon Street
San Juan, P.R. 00918

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Israel Santiago-Lugo
U.S.M. # 10947-069
FCI Talladega
P.M.B. 1000
Talladega, AL 35160

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: ___APR 25 2017___     _____S/_____ **ANA E. DURAN**
                                         **Deputy Clerk**
                                *Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

|  |  |  |
|---|---|---|
| IMO INVESTMENT S.E., ET AL., | ) ) ) ) ) ) ) ) ) ) ) ) | |
| _____ | | |
| Plaintiff(s) | | Civil Action No. 16-3150(SEC) |
| v. | | |
| UNITED STATES OF AMERICA, ET AL,. | | |
| _____ | | |
| Defendant(s) | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Sangrita K. Rao
U.S. Dep't of Justice/NDDS
11th FL, 1400 New York Ave. N.W.
Bond Building
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Israel Santiago-Lugo
U.S.M. # 10947-069
FCI Talladega
P.M.B. 1000
Talladega, AL 35160

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: _APR 2 5 2017_____



**ANA E. DURAN**
Deputy Clerk
*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

|  |  |  |
|---|---|---|
| IMO INVESTMENT S.E., ET AL., | ) ) ) ) ) | |
| _____ | | |
| *Plaintiff(s)* | ) | Civil Action No. 16-3150(SEC) |
| v. | ) ) ) | |
| UNITED STATES OF AMERICA, ET AL,. | ) ) ) | |
| _____ | | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Mary Ellen Warlow
> U.S. Dep't of Justice/NDDS
> 11th FL, 1400 New York Ave. N.W.
> Bond Building
> Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Israel Santiago-Lugo
> U.S.M. # 10947-069
> FCI Talladega
> P.M.B. 1000
> Talladega, AL 35160

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Date: _APR 25 2017_

_____
**ANA E. DURAN**
**Deputy Clerk**
*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | |
|---|---|
| IMO INVESTMENT S.E., ET AL., | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 16-3150(SEC) |
| | ) ) ) |
| UNITED STATES OF AMERICA, ET AL,. | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

James K. Robinson
U.S. Dep't of Justice/NDDS
11th FL, 1400 New York Ave. N.W.
Bond Building
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Israel Santiago-Lugo
U.S.M. # 10947-069
FCI Talladega
P.M.B. 1000
Talladega, AL 35160

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Date:   APR 2 5 2017

S| _____

**ANA E. DURAN**
Deputy Clerk

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | )   |
|---|---|
| IMO INVESTMENT S.E., ET AL., | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 16-3150(SEC) |
| | ) |
| UNITED STATES OF AMERICA, ET AL,. | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*       Theresa M.B. Van Vliet
                                          U.S. Dep't of Justice/NDDS
                                          11th FL, 1400 New York Ave. N.W.
                                          Bond Building
                                          Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Israel Santiago-Lugo
        U.S.M. # 10947-069
        FCI Talladega
        P.M.B. 1000
        Talladega, AL 35160

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: _____   APR 25 2017

                                    S _____
                                    **ANA E. DURAN**
                                    **Deputy Clerk**
                                    *Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Puerto Rico

|  |  |
|---|---|
| IMO INVESTMENT S.E., ET AL., | ) |
| *Plaintiff(s)* | ) ) ) ) |
| v. | ) )   Civil Action No. 16-3150(SEC) |
|  | ) ) ) |
| UNITED STATES OF AMERICA, ET AL,. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Phillip Urofsky
    U.S. Dep't of Justice/NDDS
    11th FL, 1400 New York Ave. N.W.
    Bond Building
    Washington, D.C. 20530

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Israel Santiago-Lugo
    U.S.M. # 10947-069
    FCI Talladega
    P.M.B. 1000
    Talladega, AL 35160

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                       *FRANCES RIOS DE MORAN, ESQ.*
                                       *CLERK OF COURT*

Date: APR 25 2017



                                       **ANA E. DURAN**
                                         **Deputy Clerk**
                                *Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Puerto Rico

|  |  |
|---|---|
| IMO INVESTMENT S.E., ET AL., | )<br>)<br>)<br>) |
| *Plaintiff(s)* | )<br>) |
| v. | )  Civil Action No. 16-3150(SEC)<br>)<br>) |
| UNITED STATES OF AMERICA, ET AL,. | )<br>)<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        Joseph S. Uberman
        U.S. Dep't of Justice/NDDS
        11th FL, 1400 New York Ave. N.W.
        Bond Building
        Washington, D.C. 20530

A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Israel Santiago-Lugo
        U.S.M. # 10947-069
        FCI Talladega
        P.M.B. 1000
        Talladega, AL 35160

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                        *FRANCES RIOS DE MORAN, ESQ.*
                                        *CLERK OF COURT*

                                        **ANA E. DURAN**
                                        **Deputy Clerk**

Date:  APR 2 5 2017          _____S_____
                              *Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | | |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| IMO INVESTMENT S.E., ET AL., | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No. 16-3150(SEC) |
| v. | ) | |
| | ) | |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA, ET AL,. | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        Eva M. Maldonado
        U.S. Probation Office
        Federal BUilding, Room 143
        150 Ave. Carlos Chardon
        San Juan, P.R. 00918

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Israel Santiago-Lugo
        U.S.M. # 10947-069
        FCI Talladega
        P.M.B. 1000
        Talladega, AL 35160

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

 

FRANCES RIOS DE MORAN, ESQ.
*CLERK OF COURT*

APR 2 5 2017

Date: _____

S|     **ANA E. DURAN**
       **Deputy Clerk**

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

|  |  |
|---|---|
| IMO INVESTMENT S.E., ET AL., <br> _____ <br> *Plaintiff(s)* <br> v. <br> UNITED STATES OF AMERICA, ET AL,. <br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 16-3150(SEC) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

            Carlos D. Rodriguez
            U.S. Probation Office
            Federal Building, Room 143
            150 Ave. Carlos Chardon
            San Juan, P.R. 00918

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

            Israel Santiago-Lugo
            U.S.M. # 10947-069
            FCI Talladega
            P.M.B. 1000
            Talladega, AL 35160

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date:  APR 25 2017                                    **ANA E. DURAN**
                                                                        **Deputy Clerk**
                                                                *Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

|  |  |
|---|---|
| IMO INVESTMENT S.E., ET AL., _____ *Plaintiff(s)* v. UNITED STATES OF AMERICA, ET AL,. _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 16-3150(SEC)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Francisco J. Llovet Ayala
    U.S. Probation Office
    Federal Building, Room 143
    150 Ave. Carlos Chardon
    San Juan, P.R. 00918

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Israel Santiago-Lugo
    U.S.M. # 10947-069
    FCI Talladega
    P.M.B. 1000
    Talladega, AL 35160

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Date: _APR 2 5 2017_            ANA E. DURAN
                                Deputy Clerk
                            *Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

|  |  |
|---|---|
| IMO INVESTMENT S.E., ET AL., <br> _____ <br> *Plaintiff(s)* <br> v. <br> _____ <br> UNITED STATES OF AMERICA, ET AL,. <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 16-3150(SEC) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

```
Eustaquio Babilonia
U.S. Probation Office
Federal Building, Room 143
150 Ave. Carlos Chardon
San Juan, P.R. 00918
```

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

```
Israel Santiago-Lugo
U.S.M. # 10947-069
FCI Talladega
P.M.B. 1000
Talladega, AL 35160
```

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: APR 25 2017 _____  _____S|_____ **ANA E. DURAN**
**Deputy Clerk**
*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

|  |  |  |
|---|---|---|
| IMO INVESTMENT S.E., ET AL., | ) ) ) ) ) | |
| _____ | | |
| *Plaintiff(s)* | ) | Civil Action No. 16-3150(SEC) |
| v. | ) ) ) | |
| UNITED STATES OF AMERICA, ET AL,. | ) ) ) | |
| _____ | | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     William J. Katta Jr.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Israel Santiago-Lugo
U.S.M. # 10947-069
FCI Talladega
P.M.B. 1000
Talladega, AL 35160

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Date: APR 2 5 2017     _____     **ANA E. DURAN**
**Deputy Clerk**
*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | |
|---|---|
| IMO INVESTMENT S.E., ET AL., | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 16-3150(SEC) |
| | ) |
| | ) |
| UNITED STATES OF AMERICA, ET AL,. | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Jeffrey R. Howard


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Israel Santiago-Lugo
        U.S.M. # 10947-069
        FCI Talladega
        P.M.B. 1000
        Talladega, AL 35160

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


                                    *FRANCES RIOS DE MORAN, ESQ.*
                                    *CLERK OF COURT*

                                    **ANA E. DURAN**
                                    Deputy Clerk
Date:  APR 25 2017    _____    _____
                                    *Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

|  |  |  |
|---|---|---|
| IMO INVESTMENT S.E., ET AL., | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | Civil Action No. 16-3150(SEC) |
| v. | ) ) ) | |
| UNITED STATES OF AMERICA, ET AL,. | ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*      Conrad K. Cyr
                                                                     Post Office Box 635
                                                                     Bangor, ME 04402-0635

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Israel Santiago-Lugo
U.S.M. # 10947-069
FCI Talladega
P.M.B. 1000
Talladega, AL 35160

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: ___APR 25 2017___                          _____

**ANA E. DURAN**
Deputy Clerk
*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | ) |
|---|---|
| IMO INVESTMENT S.E., ET AL., | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )   Civil Action No. 16-3150(SEC) |
| | ) |
| | ) |
| UNITED STATES OF AMERICA, ET AL,. | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*      Levin H. Campbell
6720 U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Israel Santiago-Lugo
U.S.M. # 10947-069
FCI Talladega
P.M.B. 1000
Talladega, AL 35160

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Date: **APR 2 5 2017**                              **ANA E. DURAN**
                                                    **Deputy Clerk**
                                                    *Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

|  |  |  |
|---|---|---|
| IMO INVESTMENT S.E., ET AL.,<br>*Plaintiff(s)*<br>v.<br><br>UNITED STATES OF AMERICA, ET AL,.<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 16-3150(SEC) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Michael Boudin
7710 U.S. Courthouse
One Courthouse Way
Boston, MA 02210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Israel Santiago-Lugo
U.S.M. # 10947-069
FCI Talladega
P.M.B. 1000
Talladega, AL 35160

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Date: APR 2 5 2017

**ANA E. DURAN**
**Deputy Clerk**
*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Puerto Rico

|  |  |
|---|---|
| IMO INVESTMENT S.E., ET AL., _____ <br> *Plaintiff(s)* <br> v. <br><br><br> UNITED STATES OF AMERICA, ET AL,. _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> )     Civil Action No. 16-3150(SEC) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*      Matthew H. Thomas
U.S. Attorney's Office
Dep't of Justice/NDDS
Torres Chardon, Suite 220
350 Carlos Chardon Street
San Juan, P.R. 00918

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Israel Santiago-Lugo
U.S.M. # 10947-069
FCI Talladega
P.M.B. 1000
Talladega, AL 35160

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: APR 25 2017 _____          **ANA E. DURAN**
**Deputy Clerk**
*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | | |
|---|---|---|
| IMO INVESTMENT S.E., ET AL., | ) ) ) ) ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) ) | Civil Action No. 16-3150(SEC) |
| | ) ) | |
| UNITED STATES OF AMERICA, ET AL,. | ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_     Nelson Perez Sosa
U.S. A ttorney's Office
Dep't of Justice/NDDS
Torres Chardon, Room 1201
350 Carlos Chardon Street
San Juan, P.R. 00918

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Israel Santiago-Lugo
U.S.M. # 10947-069
FCI Talladega
P.M.B. 1000
Talladega, AL 35160

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_FRANCES RIOS DE MORAN, ESQ._
_CLERK OF COURT_

Date: APR 2 5 2017 _____

**ANA E. DURAN**
Deputy Clerk

S| _____
_Signature of Clerk or Deputy Clerk_

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

District of Puerto Rico

|  |  |
|---|---|
| IMO INVESTMENT S.E., ET AL., <br> *Plaintiff(s)* <br> v. <br><br> UNITED STATES OF AMERICA, ET AL,. <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> )  Civil Action No. 16-3150(SEC) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> German A. Rieckhoff
> U.S. Attorney's Office
> Dep't of Justice/NDDS
> Torres Chardon, Room 1201
> 350 Carlos Chardon Street
> San Juan, P.R. 00918

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Israel Santiago-Lugo
> U.S.M. # 10947-069
> FCI Talladega
> P.M.B. 1000
> Talladega, AL 35160

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date:  APR 2 5 2017         

                                  **ANA E. DURAN**
                                  **Deputy Clerk**

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

IMO INVESTMENT S.E., ET AL.,
_____

*Plaintiff(s)*

v.

Civil Action No. 16-3150(SEC)

UNITED STATES OF AMERICA, ET AL,.
_____

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Karen Tandy
U.S. Dep't of Justice/NDDS
11th FL, 1400 New York Ave. N.W.
Bond Building
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Israel Santiago-Lugo
U.S.M. # 10947-069
FCI Talladega
P.M.B. 1000
Talladega, AL 35160

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Date: _APR 2 5 2017_____

ANA E. DURAN
**Deputy Clerk**
*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

|  |  |
|---|---|
| IMO INVESTMENT S.E., ET AL.,  <br> _____ <br> *Plaintiff(s)* <br> v. <br> UNITED STATES OF AMERICA, ET AL,. <br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 16-3150(SEC) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Jose A. Lebron
Federal Building
Room 150
Carlos Chardon Ave.
Hato Rey, P.R. 00918

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Israel Santiago-Lugo
U.S.M. # 10947-069
FCI Talladega
P.M.B. 1000
Talladega, AL 35160

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Date: ___APR 2 5 2017___

ANA E. DURAN
Deputy Clerk

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

)
)
)
)
IMO INVESTMENT S.E., ET AL., )
_____ )
*Plaintiff(s)* ) Civil Action No. 16-3150(SEC)
v. )
)
)
)
UNITED STATES OF AMERICA, ET AL,. )
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Lydia Pelegrin
                                        Federal Building
                                        Room 150
                                        Carlos Chardon Ave,
                                        Hato Rey, P.R. 00918

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Israel Santiago-Lugo
U.S.M. # 10947-069
FCI Talladega
P.M.B. 1000
Talladega, AL 35160

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: __APR 25 2017__                      **ANA E. DURAN**
                                         **Deputy Clerk**
                                         _____
                                         *Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | |
|---|---|
| IMO INVESTMENT S.E., ET AL., | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 16-3150(SEC) |
| | ) |
| | ) |
| | ) |
| UNITED STATES OF AMERICA, ET AL,. | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Arthur G. Wyatt
U.S. Dep't of Justice/NDDS
11th FL, 1400 New York Ave. N.W.
Bond Building
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Israel Santiago-Lugo
U.S.M. # 10947-069
FCI Talladega
P.M.B. 1000
Talladega, AL 35160

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Date: ___APR 25 2017___

ANA E. DURAN
Deputy Clerk

_Signature of Clerk or Deputy Clerk_

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | |
|---|---|
| IMO INVESTMENT S.E., ET AL., | ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 16-3150(SEC) |
| | ) ) |
| UNITED STATES OF AMERICA, ET AL,. | ) ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*      Adrienne Rosa
U.S. Dep't of Justice/NDDS
11th FL, 1400 New York Ave. N.W.
Bond Building
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Israel Santiago-Lugo
U.S.M. # 10947-069
FCI Talladega
P.M.B. 1000
Talladega, AL 35160

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: ___APR 2 5 2017___          **ANA E. DURAN**
**Deputy Clerk**
*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

|  |  |
|---|---|
| IMO INVESTMENT S.E., ET AL., <br> *Plaintiff(s)* <br> v. <br> UNITED STATES OF AMERICA, ET AL,. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 16-3150(SEC) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*      Tritia L. Yuen
U.S. Dep't of Justice/NDDS
11th FL, 1400 New York Ave. N.W.
Bond Building
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      Israel Santiago-Lugo
U.S.M. # 10947-069
FCI Talladega
P.M.B. 1000
Talladega, AL 35160

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: _____ APR 25 2017 _____                          **ANA E. DURAN**
                                                        Deputy Clerk
                                                        *Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

|  |  |
|---|---|
| IMO INVESTMENT S.E., ET AL., <br> _____ <br> *Plaintiff(s)* <br><br> v. <br><br> UNITED STATES OF AMERICA, ET AL,. <br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   Civil Action No. 16-3150(SEC) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Michael Chertoff
U.S. Dep't of Justice/NDDS
11th FL, 1400 New York Ave. N.W.
Bond Building
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Israel Santiago-Lugo
U.S.M. # 10947-069
FCI Talladega
P.M.B. 1000
Talladega, AL 35160

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Date:  APR 25 2017                                   _____
                                                     **ANA E. DURAN**
                                                     **Deputy Clerk**
                                                     *Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

|  |  |  |
|---|---|---|
| IMO INVESTMENT S.E., ET AL., | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 16-3150(SEC) |
| | ) | |
| UNITED STATES OF AMERICA, ET AL,. | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Anita J. Gay
U.S. Dep't of Justice/NDDS
11th FL, 1400 New York Ave. N.W.
Bond Building
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Israel Santiago-Lugo
U.S.M. # 10947-069
FCI Talladega
P.M.B. 1000
Talladega, AL 35160

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Date: _____ APR 2 5 2017 _____

ANA E. DURAN
Deputy Clerk
*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Puerto Rico

|  |  |
|---|---|
| IMO INVESTMENT S.E., ET AL., | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
|  | ) |
|  | ) |
| UNITED STATES OF AMERICA, ET AL;. | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No. 16-3150(SEC)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*      Brian M. Tomney
U.S. Dep't of Justice/NDDS
11th FL, 1400 New York Ave. N.W.
Bond Building
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Israel Santiago-Lugo
U.S.M. # 10947-069
FCI Talladega
P.M.B. 1000
Talladega, AL 35160

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: _APR 25 2017_ _____      S_____  ANA E. DURAN
Deputy Clerk

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

)
)
)
)
IMO INVESTMENT S.E., ET AL., )
_____ )
*Plaintiff(s)* )           Civil Action No. 16-3150(SEC)
v. )
)
)
)
UNITED STATES OF AMERICA, ET AL,. )
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Julie J. Shemitz
U.S. Dep't of Justice/NDDS
11th FL, 1400 New York Ave. N.W.
Bond Building
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Israel Santiago-Lugo
U.S.M. # 10947-069
FCI Talladega
P.M.B. 1000
Talladega, AL 35160

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: APR 25 2017                          S| **ANA E. DURAN**
                                              Deputy Clerk
                                           *Signature of Clerk or Deputy Clerk*